be Brought in this Court under Section 870 of the Code of Civil Procedure. Francis P. Bent, Appellant.— Order affirmed, with ten dollars costs and disbursements, on the authority of *Cherbuliez* v. *Parsons*, decided herewith (123 App. Div. 814). Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Michael Matteo, Respondent, v. Thomas J. Reilly, Appellant.— Judgment of the Municipal Court reversed, as against the weight of evidence, and new trial ordered, costs to abide the event, unless the plaintiff consent to reduce the judgment to six dollars, in which event the judgment as reduced is affirmed, without costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Peter McGarry, Appellant, v. Edison Electric Illuminating Company of Brooklyn, Respondent. — Judgment and order reversed and new trial granted, costs to abide the event, on the authority of *Ward* v. *Edison Electric Illuminating Co.*, decided herewith (*ante*, p. 22). Jenks, Hooker, Gaynor and Rich, JJ., concurred; Hirschberg, P. J., not voting.

George H. Neidlinger, Respondent, v. William E. D. Stokes, Appellant.— Order affirmed, with costs, on the authority of *Neidlinger* v. *Onward Construction Co.*, decided herewith (*ante*, p. 26). Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Lawrence Olsen, Respondent, v. The New York and Long Island Traction Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Hooker, Gaynor, Rich and Miller, JJ., concurred; Hirschberg, P. J., not voting.

Annie Sauer, Appellant, v. Fred Munderich, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hooker, Gaynor and Miller, JJ., concurred; Jenks and Rich, JJ., dissented.

M. Cecelia Sherwood, as Trustee, etc., Appellant, v. Carrie M. Rulon, Respondent.— Order affirmed on argument, with ten dollars costs and disbursements. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Morris Sirkes, Respondent, v. Owen McCormack and Others, Appellants. — Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

The People of the State of New York ex rel. Patrick Gorman, Relator, v. Hon. J. Harvey Bell and Others, as Police Commissioners of the City of Yonkers, New York, and as the Board of Police Commissioners of Said City, Respondents.— Reargument ordered and case set down for Tuesday, February 25, 1908. Present — Woodward, Jenks, Gaynor and Miller, JJ.

Michael Retzker and Others, Respondents, v. Jacob Baumann, Appellant.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

William B. Anderson, as Ancillary Administrator, etc., of Mary Elizabeth Purkess, Deceased, Respondent, v. John C. Fry and William H. Fry, as Executors, etc., of John C. Fry, Deceased, Appellants.— Judgment reversed on the law and facts, with costs to the appellants. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.